UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

DEMAR RAHYMES BARNES,

    Petitioner,

vs.

D.W. NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01946-RFB-PAL

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Petitioner has submitted a motion for leave to proceed *in forma pauperis* and a petition for a writ of habeas corpus. Based on the information regarding petitioner's financial status, the motion to proceed *in forma pauperis* is denied. Petitioner must pay the $5.00 filing fee for habeas corpus actions. 28 U.S.C. § 1914(a). Petitioner shall be given an opportunity to pay the fee in this action.

    **IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Petitioner shall have **thirty (30) days** from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action.

/ / /

/ / /

/ / /

-2-

1    **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** petitioner two copies of this
2 order.  Petitioner is ordered to make the necessary arrangements to have one copy of this order attached
3 to the check in the amount of the $5.00 filing fee.
4    **IT IS FURTHER ORDERED** that the Clerk shall **RETAIN** the petition but not file it at this
5 time.
6    **DATED** this 20th day of January, 2015.

  _____
  **RICHARD F. BOULWARE, II**
  **UNITED STATES DISTRICT JUDGE**