# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

DEMAR RAHYMES BARNES,

    Petitioner,

vs.

D.W. NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01946-RFB-PAL

**ORDER**

    **IT IS ORDERED** that the Court reconsiders its previous Order [5] denying appointment of counsel and now **GRANTS** petitioner's request for appointment of counsel.

    **IT IS FURTHER ORDERED** that the Federal Public Defender's Office is appointed to represent the petitioner in this case. The Clerk of Court shall serve this Order on the Federal Public Defender's Office.

    **IT IS FURTHER ORDERED** that the petitioner shall have sixty (60) days to file an Amended Petition.

    **IT IS FURTHER ORDERED** that petitioner's Motion [10] for a Stay is **DENIED without prejudice**. Petitioner shall have thirty (30) days from the date of this Order to refile a motion to stay after consulting with his appointed counsel.

/ / /

**IT IS FURTHER ORDERED** that the Motion [7] to Dismiss is **DENIED without prejudice**. Respondents shall have thirty (30) days from the filing of the Amended Petition to file a motion to dismiss or answer.

**DATED** this 31st day of March, 2016.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**