# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEMAR RAHYMES BARNES,

    Petitioner,

vs.

D.W. NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01946-RFB-PAL

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Through counsel, petitioner has filed a motion for an extension of time in which to file an amended petition. (ECF No. 18). Also through counsel, petitioner has filed a motion for an extension of time in which to file, if deemed necessary, a motion for stay. (ECF No. 19). Good cause appearing, petitioner's motions extensions are granted up to and including **September 29, 2016.**

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time in which to file an amended petition (ECF No. 18) is **GRANTED.**

    **IT IS FURTHER ORDERED** that petitioner's motion for an extension of time in which to file a motion for stay, if deemed necessary, (ECF No. 19) is **GRANTED.**

    Dated this __12th__ day of September, 2016.

                                                        _____
                                                        RICHARD F. BOULWARE, II
                                                        UNITED STATES DISTRICT JUDGE