UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DEMAR RAHYMES BARNES,

        Petitioner,

   v.

D.W. NEVEN, et al.,

        Respondents.

Case No. 2:14-cv-01946-RFB-PAL

ORDER

Following upon entry of the Court's order on respondents' motion to dismiss, IT IS HEREBY ORDERED that respondents shall file an answer to the habeas petition in this case within sixty (60) days of the date of this order and that petitioner may file a reply thereto within sixty (60) days of service of the answer.

IT IS SO ORDERED.

DATED this 6th day of March, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1