UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEMAR RAHYMES BARNES,<br><br>        Petitioner,<br>  v.<br>D.W. NEVEN, et al.,<br><br>        Respondents. | Case No. 2:14-cv-01946-RFB-PAL<br><br>ORDER |

Petitioner's unopposed motion for extension of time (ECF No. 37) is GRANTED. Petitioner shall have to and including August 28, 2018, to file his reply to the respondents' answer to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 5th day of July, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE