UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEMAR RAHYMES BARNES,<br><br>    Petitioner,<br>  v.<br><br>D.W. NEVEN, et al.,<br><br>    Respondents. | Case No. 2:14-cv-01946-RFB-PAL<br><br>ORDER |

Petitioner's second unopposed motion for extension of time (ECF No. 40) is GRANTED. Petitioner shall have to and including September 27, 2018, to file his reply to the respondents' answer to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 29th day of August, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1