UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEMAR RAHYMES BARNES,<br><br>Petitioner,<br>v.<br><br>D.W. NEVEN, et al.,<br><br>Respondents. | Case No. 2:14-cv-01946-RFB-PAL<br><br>ORDER |

Petitioner's third unopposed motion for extension of time (ECF No. 42) is GRANTED. Petitioner shall have to and including October 30, 2018, to file his reply to the respondents' answer to the petition for writ of habeas corpus in this case. Absent an extraordinary showing of cause, no further requests for extension of time are likely to be granted in this case.

IT IS SO ORDERED.

DATED this 28th day of September, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1