UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEMAR RAHYMES BARNES,<br><br>      Petitioner,<br>  v.<br><br>D.W. NEVEN, et al.,<br><br>      Respondents. | Case No. 2:14-cv-01946-RFB-PAL<br><br>ORDER |

Good cause appearing, petitioner's unopposed motion for leave to file his reply three days late (ECF No. 45) is GRANTED. The reply to the answer filed on November 2, 2018, is deemed timely.

IT IS SO ORDERED.

DATED this 6th day of November, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1